# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00496-CV

**Yvonne Y. Galindo and Big Valley Community Trust, Appellants**

**v.**

**Big Valley Cemetery Association and Charles E. Long, Incorporator, Appellees**

### FROM THE 35TH DISTRICT COURT OF MILLS COUNTY
### NO. 24-167-DCCV-00034, THE HONORABLE MIKE SMITH, JUDGE PRESIDING

## CONCURRING AND DISSENTING OPINION TO ORDER

Because I agree with the Court's conclusion that Galindo cannot represent the Trust but would conclude that Galindo is not a party to this suit in her individual capacity, I would dismiss the appeal for want of jurisdiction and thus dissent from the Court's per curiam order.

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Kelly, and Theofanis

Filed: January 23, 2026